**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RHONDA THOMPSON, on behalf of herself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 20-cv-02216 |
| v. ) ) | |
| VALENTINE & KEBARTAS, LLC, LVNV FUNDING, LLC, and RESURGENT CAPITAL SERVICES, LP, ) ) ) ) ) | Hon. Thomas M. Durkin |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorneys and the Defendants and Defendants' attorneys, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendants shall be and hereby is dismissed with prejudice, with each side to bear its own fees and costs, pursuant to the settlement agreement between the parties.

Dated: November 11, 2021

| *Counsel for Plaintiff* | *Counsel for Defendants* |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| s/ *Mario Kris Kasalo* | s/ *Nabil Foster* |
| Mario Kris Kasalo | Nabil Foster |
| **The Law Office of M. Kris Kasalo, Ltd.** | Barron & Newburger, PC |
| 4950 Madison St. | 53 W. Jackson Blvd. Suite 1205 |
| PO Box 1425 | Chicago, IL 60604 |
| Skokie, IL 60077 | (312) 767-5750 |Direct |
| Tel 312-726-6160 | (866) 476-9103, x-234 |Office |
| Fax 312-698-5054 | nfoster@bn-lawyers.com |
| mario.kasalo@kasalolaw.com | |

## CERTIFICATE OF SERVICE

I, Mario Kris Kasalo, an attorney, hereby certify that on November 11, 2021 I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

By: s/ *Mario Kris Kasalo*